AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 1 3 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Ashley Nicole Vasquez | ) | M-20- *1531* -M |
| YOB: 1996 USA | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from the United Mexican States approximately 5.6 kilograms of methamphetamine a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 5.6 kilograms of methamphetamine a Schedule II controlled substances. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.
Submitted by reliable electronic means, sworn to, and attested to telephonically, per Fed. R. Cr. P. 4.1, and probable cause found on:

/s/ John Reinosa
*Complainant's signature*

Approved by AUSA Robert Guerra

John Reinosa / Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/13/2020__ 11:19 a.m.

*Peter E Ormsby*
*Judge's signature*

City and state: __McAllen, TX__

Peter E. Ormsby, US Magistrate Judge
*Printed name and title*

Attachment "A"

On August 12, 2020, Ashley Nicole VASQUEZ, a United States Citizen, applied for admission into the United States at the Hidalgo, Texas Port of Entry (POE) through the vehicle lane. VASQUEZ was the sole occupant of the vehicle. VASQUEZ was referred for a secondary inspection due to inconsistent statements regarding her trip to Mexico and her travel history.

During a secondary inspection, a Customs and Border Protection (CBP) K-9 alerted to the odor of narcotics from the vehicle doors. A search of the vehicle led to the discovery of five (5) packages weighing a total of 5.6 kilograms containing a crystal-like substance that field tested positive for the properties of methamphetamine, a Schedule II controlled substance.

Homeland Security Investigations (HSI) Special Agents (SAs) responded to the Hidalgo POE for investigative assistance and conducted an interview of VASQUEZ. During the interview, VASQUEZ admitted to knowledge that the she was transporting illegal drugs into the United States from Mexico.

According to VASQUEZ' statement, she reached an agreement with a third party to transport illegal drugs into the United States from Mexico in exchange for compensation. VASQUEZ stated that she did not know how much she was going to be paid. Once in the United States VASQUEZ was to transfer the narcotics to another individual.